

# NUMBERS 13-19-00420-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JOSEPH TAMEZ, **Appellant,**

**v.**

THE STATE OF TEXAS, **Appellee.**

### On appeal from the 148th District Court of Nueces County, Texas.

# ORDER OF ABATEMENT

### Before Chief Justice Contreras and Justices Longoria and Tijerina Order Per Curiam

This cause is before the court on appellant's counsel's motion to withdraw. Appellant's counsel contends that a conflict has arisen and seeks to withdraw and have new counsel appointed. Appointment of new counsel rests within the sound discretion of the trial court. *Carroll v. State*, 176 S.W.3d 249, 255 (Tex. App.—Houston [1st Dist.] 2004, pet. ref'd). In those circumstances where the appointment of counsel may be necessary,

an appellate court should abate the proceeding to the trial court for determination of this issue. Accordingly, we carry the motion, abate the appeal, and remand the cause to the trial court for further proceedings consistent with this order.

Upon remand, the trial court shall determine whether new counsel should be appointed. If the trial court determines that new counsel should be appointed, the name, address, email address, telephone number, and state bar number of newly appointed counsel shall be included in the order appointing counsel. If the trial court determines appellant has abandoned this appeal and/or is not entitled to court-appointment counsel, it shall issue such findings. The trial court shall further cause its findings and/or order to be included in a supplemental clerk's record to be filed with the clerk of the court on or before the expiration of fifteen days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
4th day of October, 2021.